# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mitchell R. Hadler,  Civ. No. 18-2852 (MJD/BRT)

        Plaintiff,

v.  **ORDER**

Alltran Financial, L.P.,

        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 5, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

**IT IS HEREBY ORDERED** that:

Defendant Alltran Financial, L.P.'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 19) is **GRANTED IN PART** and **DENIED IN PART**.

Claims three and five of Plaintiff's Amended Complaint are dismissed, and claims one, two, and four remain.

Date: March 28, 2019

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court